IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LARRY A. HARMS, | ) |
| | ) |
|     Petitioner, | )   Case No. CV06-34-S-LMB |
| | ) |
| v. | )   **JUDGMENT** |
| | ) |
| JEFF CONWAY and LAWRENCE WASDEN, Attorney General of the State of Idaho, | ) |
| | ) |
|     Respondents. | ) |

On August 2, 2007, the Court entered an Order dismissing this action in its entirety with prejudice. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Petitioner's case is DISMISSED with prejudice.

DATED: **August 6, 2007**.

_____
Honorable Larry M. Boyle
U. S. Magistrate Judge

**JUDGMENT  1**